# EXHIBIT A

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. Leo Keil | Conviction Date: | 07/20/2021 |
| Docket#: | 21-CR-22 | Request Date: | 01/24/2022 |
| Marineland1 | | | |

## VICTIM IMPACT STATEMENT

I am writing to tell you what it is like for me to know that pictures of what my father did to me are on the internet. I am told that there is a known group of my pictures that is labeled the ▮▮▮▮▮▮ series. My natural father sexually molested me when I was a child. First he woke me up at 3-5:00 in the morning on school nights to take pictures. First the pictures were of me with my clothes on, then he made me take my clothes off for the pictures. Then he made me look at pictures of other people—men and little girls—who had their clothes off. He said it would give me ideas. As things progressed he started molesting me and taking pictures of me in more and more private and uncomfortable poses. He molested me with his own body parts and sometimes with a vibrator. He took many pictures and I know now that he sent those pictures to his "friends" and many other people on the internet.

My father is now in jail and will be for a long time. And I am not a child anymore. But I worry that the people he sent my pictures to will come after me and try to do the same things to me again. I worry that the pictures of me and what he did have been passed on and on and on to many other pedophiles and any one of them or more could be in my neighborhood or at the store I go to or anywhere around me. I don't go out of my house unless I have a friend with me I really trust.

I am afraid that someone from the police will call and tell me that they found more pictures on other people's computers. Every time someone else sees pictures or videos of me it feels like they are the ones who hurt me to begin with. It feels like they are the ones who did this to me, like they are my father and they just want to use me for their own pleasure. It is like I am just here for other people's pleasure and am not a person myself with my own wants and needs. If you are looking at pictures or videos of me, or any other child for that matter, then you are hurting every one that you look at. Anyone who looks at those horrible pictures of me or other children are abusing us. Anyone who looks is keeping my pain going for the rest of my life. I cry at night because of this. Even though I don't know the names of all of them, I know that they are out there and I am afraid that they are all around me. My fear keeps me from doing things that other girls my age could normally do, like go to school or have a job or be social with more than just the very small number of people that I really trust.

I need help. I have never been able to have any counseling or therapy or someone to talk to to help me deal with my fears and nightmares and my problems in getting along in life. I have medical conditions too, and the stress I have from my fears makes my pain worse. I am only able to work in things I can do at home, like child care. I would love to have a daycare business, but my medical conditions are so much worse due to my stress that I cannot work and have had to give up caring for the children that did come to me.

I ask that the judge who sentences anyone who is convicted of having or trading my pictures make that person contribute to the costs of a counselor for me. I am told that a

Case Name:  U.S. v. Leo Keil          Conviction Date:   07/20/2021

Docket#:    21-CR-22              Request Date:      01/24/2022
Marineland1

good counselor for the problems I have will cost at least $100 every time I see her. I would like to be able to do this so that I can get the help I need to get on with my life. I have no ability to pay for any counseling costs. I have no job, but would like to have one. I hope that the court will help me by granting me restitution from the people who have and trade my pictures.

DATE: 5-30-14

# EXHIBIT B

**VICTIM IMPACT STATEMENT**

My daughter was molested by her ▉▉▉▉▉▉ beginning when she was about five years old. We learned later that he had taken pictures of her while he was abusing her and put those on the internet, emailed them to his pedophile friends, and used them to groom other vulnerable little girls. He used a web cam to get video of her and of him doing things to her. He put these videos on his computer. Eventually spy-cams were found in some of my daughter's things, like her CD player/stereo. These things he gave to her and she thought it was because she was special to him.

My daughter is a strong person. She is a bright, funny, beautiful, and smart girl. Despite all the need to talk to police and the courts she got through it and eventually put it behind her. She seemed to go on with her life and almost be a normal teenager. At one point she was on the honor roll at school

When she was about eighteen, she was chatting online with another girl, and that girl sent her a link to a website. The girl did not tell her what was on the site. When my daughter clicked on it she found many, many pictures of herself as a little girl being raped and molested by her ▉▉▉▉. She called me right away and I came to where she was. She felt ashamed and embarrassed. She was crying uncontrollably and almost out of her mind. I saw the pictures then too, and couldn't believe what I was seeing. Even though I had known what happened, seeing it in front of me was shocking and horrible. I can only imagine how bad it was for her. For two days the two of us cried together and could do nothing else; we could not eat or sleep. For her, this part of her past had been put away and wasn't a part of her everyday existence and longer. She had pretty much forgotten the specific things her ▉▉▉▉▉ had done to her. Then, there it was in color on the screen in front of her, and me, and it all came crashing back in on her. All her memories were brought back to her. She couldn't escape them any more. I know that I can never forget seeing those pictures of my little girl, pictures showing my ▉▉▉▉▉▉▉▉ inside of her. No parent ever wants to see their child in that position. These photos haunt me still. I have dreams about them and can't forget them.

Much worse, and she still talks about this years later, is the fact that someone else recognized her from those pictures. Her being molested is not just a private thing anymore. Now she stays in the house all the time and does not go out with out having me or some close friend with her like her boyfriend or other person she knows really well. When I go out with her I see that she is always looking around to see who is around her. She is afraid that someone will recognize her. Her personality seems to have changed. In the past she has not wanted to talk to anyone other than me about this. Now she has said that she wants to see a therapist. I am so glad because I believe that *she really needs it. She needs to*

learn how to cope with all that has happened to her.

She found out as a result of the girl sending the web link that my daughter has been known on the internet as "Scar Girl", though law enforcement tells us that her pictures are known as "Marineland." I imagine the "Scar Girl" name is because of the large scar on her stomach from when she was just a baby and had to have surgery. We have gotten so many notices from the FBI about people downloading and looking at pictures of her being raped that just getting the envelopes in the mail that it just made her feel horrible. Every day she was already feeling the pain and heartache of knowing her pictures are on the internet and that made it even worse.

I still lose sleep with those horrific images in my head. How many people are there in this world right now looking at and getting sexually excited or even masturbating to pictures of my baby girl? I almost lost her as a newborn and yet this is what has come of saving her. How many sick minded people are there in this world that could even want to look at a picture of a child being raped. Seeing those pictures on the computer screen, and now knowing that that is what so many people are looking at has made it for her like she has to live it all over again and again. Having someone look at her like she is a piece of meat you pick out at the market is what it is. My daughter is not a piece of meat!

I hope and pray that every person caught with pictures of my daughter is brought fully to justice. I hope they experience at least some part of the pain and anguish that my baby had to go through in order for them to get those pictures. If there is *anything* that can be done, I hope that they are made to help her get through this awful life that she now has to live. I ask that the judge do what can be done to make *any* person caught with her pictures pay for her therapy to help her get well, or as well as she can ever be.

I make the above statement under the laws against perjury of the State of ▮▮▮▮▮▮▮ and declare that it is true and correct to the best of my personal knowledge.

Dated: 7-23-14        at ▮▮▮▮▮▮▮.



# EXHIBIT C

| | |
|---|---|
| Case Name:   U.S. v. Leo Keil | Conviction Date:   07/20/2021 |
| Docket#:   21-CR-22 | Request Date:   01/24/2022 |
| AprilBlonde (April) | |

**'AprilBlond' Victim Impact Statement/November 2020**

Being a teenager is hard no matter what. But because I had to live with a messed up person who abused me and put my abuse on the internet, my life will always be more challenging. I want to be a normal teenager and it makes me feel angry and violated that I can't.

I have to feel afraid to have a social media profile picture of myself due to fears of being recognized. I am afraid that pedophiles who look at the images of my abuse could try to find me and hurt me or my family. As a victim, it is my right to be notified each time an image of my abuse is viewed. My mom received 22,000 notifications and I had to stop the notifications because it made me have panic attacks. It also makes me feel weird, uncomfortable, anxious, and sad. It's hard to imagine 22,000 people have seen or shared images of my abuse. It makes me sick to think about how many people there are in the world who don't care they are supporting child abuse.

It is difficult to trust people because I wonder if they have seen the images of my child abuse and are a pedophile. I get nervous when a person looks at me too long or just more than a passing glance. I wonder if they are putting together who I am from an image they saw on the internet. I feel scared, anxious, and angry I could be abused again if a person recognizes me who saw the images of my abuse. I have had to go to therapy to learn to talk about what happened. I might have to continue going for the rest of my life because the images will always be there. It's hard to trust people and when I'm older and want to get married it might be hard to feel close to someone. I hope to have children when I'm an adult. I know I will be very over protective, paranoid, and struggle to let them be independent because I fear they will be abused. Instead of those years happy, they could be really hard for me and I might have to get help to deal with those feelings.

As a child I didn't have a choice what happened to me. Now, I have to suffer twice; the first time was being abused and the second time is the ongoing anxiety due to the images of my abuse forever accessible. It's impossible to cope with and accept that I have to live with the images of my abuse being available on the internet indefinitely. These images will live on the internet longer than I will live. It's very possible I could have to go to therapy for the rest of my life because of this. If the feelings get too bad, I could have to take medication to help.

I can't get support from my close friends and family about my feelings because I'm paranoid and anxious that if I tell them, they will go to the internet and try to find and look at the images. It feels like nobody knows how I feel. A coping skill is supposed to make a person feel better. It's hard to feel better about knowing I can't do anything about the images of my abuse being put on the internet and people using those images.