IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-22 |
| : | |
| LEO KEIL : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 4, 2022, this Court entered a Judgment and Preliminary Order of Forfeiture against Leo Keil, forfeiting the property described below.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days, commencing on November 1, 2023, and ending on November 30, 2023.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, this Court finds, based upon the facts set forth at the defendant's plea hearing, which formed the factual basis for the plea, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture, pursuant to 18 U.S.C. § 2253.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title, and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on February 4, 2022, and described below, is hereby fully and finally forfeited to the United States of America, pursuant to 18 U.S.C. § 2253:

        a)        **one (1) HP desktop computer, Model P7-1010, bearing serial number MXU12903JZ.**

2.      All right, title, and interest of all persons, their heirs and assigns, in the property described above, is hereby vested in the United States of America.

3.      The government, or its designee, shall dispose of the subject assets listed in paragraph 1 of this Order in accordance with the law and the rules of this Court.

ORDERED this day 26th of January, 2024.

BY THE COURT:

/s/ Juan R. Sánchez
HONORABLE JUAN R. SÁNCHEZ
*Chief Judge, United States District Court*